# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br><br>    Plaintiff,<br><br>    v.<br><br>CALDERON, et al.,<br><br>    Defendants. | CASE NO. 1:08-cv-00139-AWI-WMW<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |

Plaintiff Carlos Hendon ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on January 28, 2008. The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and found that it states cognizable claims against Defendants Calderon, Duran, Reed, Jordan and Bowan for violations of the Eight Amendment. Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008).   Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

        CALDERON

        R. DURAN

        REED

        JORDAN

        BOWAN

    2.    The Clerk of the Court shall send Plaintiff five (5) USM-285 forms, five (5)

1 | summonses, a Notice of Submission of Documents form, an instruction sheet and a
2 | copy of the complaint filed January 15, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;
   b. One completed USM-285 form for each defendant listed above; and
   c. Six (6) copies of the endorsed complaint filed January 15, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:** November 17, 2008          /s/  William M. Wunderlich
                                     UNITED STATES MAGISTRATE JUDGE